# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1349
Lower Tribunal No. 20001771944

_____

WIGY LUCAS,

Appellant,

v.

DEPARTMENT OF REVENUE,

Appellee.

_____

Appeal from Department of Revenue.

January 24, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WOZNIAK and SMITH, JJ., concur.


Wigy Lucas, Winter Haven, pro se.

Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, of the Office of Attorney General Child Support Enforcement, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED